UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES LEBLANC** | **CIVIL ACTION** |
| **VERSUS** | **NO: 16-14585** |
| **LOUISIANA STATE LAW DESISHNIST & REPZINUTIVES** | **SECTION: "G"(5)** |

# ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's complaint, to the extent that it can be construed as a request for *habeas corpus* relief, is dismissed without prejudice for failure to exhaust state court remedies.

**IT IS FURTHER ORDERED** that any 42 U.S.C. §1983 claims raised by Plaintiff's complaint are dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

**NEW ORLEANS, LOUISIANA,** this 22nd day of November, 2016.

*Nannette Jolivette Brown*
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**